### MELDRIM v. McDONOUGH et al., trustees.

BECK, J. Under the evidence and pleadings in this case, the court did not err in overruling the objections to the confirmation of the sale made under a decree of foreclosure providing that the sale made thereunder should be subject to the approval and confirmation of the court.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 20, 1911.

Equitable petition. Before Judge Charlton. Chatham superior court. December 18, 1909.

*P. W. Meldrim,* for plaintiff in error. *Hitch & Denmark,* contra.